AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Anthony Grant<br>DOB: XXXXXX<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)  Case: 1:25-mj-00141
)  Assigned To : Harvey, G, Michael
)  Assign. Date : 8/14/2025
)  Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 8, 2025 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition By A Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year),
21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii) (Unlawul Possession With Intent to Distribute 28 Grams or More of a Mixture of Substance Which Contains Cocaine Base).

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Giblin, Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 08/14/2025 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*