# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 25-MJ-141** |
| **ANTHONY GRANT,** | |
| **Defendant.** | |

## UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its undersigned counsel, respectfully moves to continue the preliminary hearing scheduled for September 16, 2025, to September 30, 2025, and to continue to exclude time under the Speedy Trial Act.

On August 18, 2025, the defendant was presented before this Court on a criminal complaint charging him with one count of Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), and one count of Unlawul Possession With Intent to Distribute 28 Grams or More of a Mixture of Substance Which Contains Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii). On August 22, 2025, the Court denied the Government's motion for pretrial detention and set a preliminary hearing for September 2, 2025. The Government appealed, and on August 25, 2025, Chief Judge Boasberg ordered the Defendant held without bond pending trial. The Government filed an unopposed motion to continue the preliminary hearing on August 27, 2025. The Court granted the motion and continued the preliminary hearing until September 16, 2025.

The Government respectfully requests a two-week continuance of the preliminary hearing to allow parties time to continue to negotiate a potential resolution in this matter. The Government further requests that the Speedy Trial Act continued to be tolled until and including September 30, 2025. The ends of justice are served and outweigh the best interest of the public and the defendant in a speedy trial, as this brief continuance will allows parties time to continue to negotiate a potential prompt resolution of this matter. 18 U.S.C. § 3161(h)(7)(A). Defense counsel does not oppose this request.

WHEREFORE, the United States respectfully requests that the Corut continue the preliminary hearing until September 30, 2025, and exclude time through and including September 30, 2025, for purposes of any computation under the Speedy Trial Act.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY


Dated: September 15, 2025        By:        /s/ Jonathan A. Sussler
                                           Jonathan A. Sussler
                                           N.Y. Bar No. 5973912
                                           Special Assistant United States Attorney
                                           United States Attorney's Office
                                           for the District of Columbia
                                           Federal Major Crimes Section
                                           601 D Street NW
                                           Washington, D.C. 20530
                                           (202) 815-8576
                                           Jonathan.Sussler2@usdoj.gov